UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
James V. Loewen, Esq.    jvl6056
Wronko & Loewen
69 Grove Street
Somerville, NJ  08876
(908)704-9200
Attorneys for debtors

In Re: James M. Thrash and Linda A. Thrash

Case No.      11-44864

Judge: Kathryn C. Ferguson

Chapter        13

Hearing Date: April 9, 2014

### NOTICE OF MOTION TO DISMISS CHAPTER 13 CASE

Debtors, James and Linda Thrash, have filed papers with the court to dismiss their Chapter 13 bankruptcy case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to dismiss the case, or if you want the court to consider your views on the motion, then on or before April 2, 2014, you or your attorney must:

1.      File with the court a written request for a hearing (or, if the court requires a written response, an answer, explaining your position) at:

Clerk,
United States Bankruptcy Court
402 East State Street
Trenton, NJ  08608

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  You must also mail a copy to:

James V. Loewen, Esq.
Wronko & Loewen
69 Grove Street
Somerville, NJ  08876

2.      Attend the hearing scheduled to be held on April 9, 2014 , at 9:00 a.m. in the Courtroom of the Hon. Kathryn C. Ferguson, United States Bankruptcy Judge, at the United States Bankruptcy Court,  402 East State Street, Trenton, NJ  08608.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**WRONKO & LOEWEN**

By:    */s/ James V. Loewen*
            JAMES V. LOEWEN

Dated:  March 21, 2014                  Attorney for Debtors