UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
**4/14/2014**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Case No.:    _____

Hearing Date:    _____

Judge:    _____

Chapter:    _____

Recommended Local Form:    ❒    Followed    ❒    Modified

**ORDER OF DISMISSAL**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 4/14/2014**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of _____and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f),  the Clerk shall notify all parties in interest of the entry of this order.

*Rev. 7/1/04; jml*

2

*Approved by Judge Kathryn C. Ferguson April  14, 2014*